PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $10,979.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:22-MC-00046-TLN-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

  It is hereby stipulated by and between the United States of America and potential claimant Angelina Perez ("claimant"), by and through their respective counsel, as follows:

  1. On November 8, 2021, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $10,979.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 10, 2021.

  2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

1

Stipulation and Order to Extend Time

proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February 6, 2022.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 7, 2022.

Dated:   2/2/22

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated:   2/2/22

/s Kimberly Hunt
Kimberly Hunt
PO Box 7783
S Lake Tahoe, CA 96158-0783
Phone: 530-314-7554
Fax: 530-452-2040
Email: Kghuntlaw@gmail.com
Attorney for potential claimant
Angelina Perez

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: February 8, 2022

Troy L. Nunley
United States District Judge