PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00046-TLN-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,979.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Angelina Perez ("claimant"), by and through their respective counsel, as follows:

1.     On November 8, 2021, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $10,979.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 10, 2021.

2.     The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 6, 2022.

4. By Stipulation and Order filed February 2, 2022, the parties stipulated to extend to April 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 6, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 6, 2022.

Dated:    4/7/22                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                          By:     /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant United States Attorney


Dated:    4/7/22                                  /s Kimberly Hunt
                                                  Kimberly Hunt
                                                  PO Box 7783
                                                  S Lake Tahoe, CA 96158-0783
                                                  Phone: 530-314-7554
                                                  Fax: 530-452-2040
                                                  Email: Kghuntlaw@gmail.com
                                                  Attorney for potential claimant
                                                  Angelina Perez

                                                  (Signature authorized by email)

///

///

///

1     **IT IS SO ORDERED**.

2   Dated: April 7, 2022

                                               Troy L. Nunley
                                               United States District Judge

Stipulation and Order to Extend Time