PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $10,979.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:22-MC-00046-TLN-AC<br><br>NOTICE OF ELECTION |

NOTICE IS HEREBY GIVEN that the United States elected not to file a complaint for forfeiture against the Approximately $10,979.00 in U.S. Currency.  Accordingly, this miscellaneous case may be closed.

Dated: 5/17/22                                      PHILLIP A. TALBERT
                                                    United States Attorney

                                            By:     /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

1